## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Krista Marie Callander<br>        Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, its successors and/or assigns<br>        Movant<br>    vs.<br>Krista Marie Callander<br>        Debtor(s)<br><br>Kenneth E. West<br>        Trustee | CHAPTER 13<br><br><br>NO. 22-13088 ELF |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, which was filed with the Court on or about **February 24, 2023, docket number 15**.

Dated: March 10, 2023

                                                Respectfully submitted,


                                                /s/Michael Farrington
                                                Michael Farrington, Esq.
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                Phone: (215)-627-1322