United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-13088-pmm
Krista Marie Callander                                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                              Page 1 of 3
Date Rcvd: Apr 11, 2023                           Form ID: 155                                        Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Krista Marie Callander, 462 Springdale Avenue, Hatboro, PA 19040-2245 |
| 14737908 | + | Rocket Mortgage, LLC, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14736374 | + | Email/PDF: bncnotices@becket-lee.com | Apr 12 2023 00:08:29 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14736375 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2023 00:00:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14741323 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 12 2023 00:00:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14736376 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 12 2023 00:01:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14736377 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 12 2023 00:08:28 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14736380 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 00:08:35 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14742170 | | Email/Text: bnc-quantum@quantum3group.com | Apr 12 2023 00:01:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14736382 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 00:08:35 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14736383 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 00:01:00 | Comenity Capital/famous, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14736384 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 00:01:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14736386 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 00:01:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14736385 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 12 2023 00:01:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14736394 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 12 2023 00:08:35 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14742074 | | Email/Text: mrdiscen@discover.com | Apr 12 2023 00:00:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14736387 | + | Email/Text: mrdiscen@discover.com | Apr 12 2023 00:00:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

| 14736389 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | | |
|---|---|---|---|
| | | Apr 12 2023 00:01:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14736378 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 12 2023 00:08:33 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14741093 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |
| | | Apr 12 2023 00:00:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14736392 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Apr 12 2023 00:00:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14742675 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Apr 12 2023 00:08:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14736393 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Apr 12 2023 00:00:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14750150 | + Email/Text: Documentfiling@lciinc.com | | |
| | | Apr 12 2023 00:00:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14736395 | + Email/Text: bankruptcy@marinerfinance.com | | |
| | | Apr 12 2023 00:00:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14736396 | + Email/PDF: pa_dc_claims@navient.com | | |
| | | Apr 12 2023 00:08:33 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14736397 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Apr 12 2023 00:01:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14751384 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 12 2023 00:08:29 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14751733 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Apr 12 2023 00:01:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14736399 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 12 2023 00:01:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14742631 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Apr 12 2023 00:01:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14736400 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 12 2023 00:08:31 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14736401 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 12 2023 00:08:34 | Syncb/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14736402 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 12 2023 00:08:28 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14736404 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 12 2023 00:08:29 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14736606 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Apr 12 2023 00:08:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14736407 | Email/Text: bankruptcy@td.com | | |
| | | Apr 12 2023 00:01:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 14736405 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 12 2023 00:01:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14736406 | + Email/Text: jaxbanko@td.com | | |
| | | Apr 12 2023 00:00:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |
| 14736408 | Email/Text: bankruptcies@uplift.com | | |
| | | Apr 12 2023 00:00:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14736409 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Apr 12 2023 00:08:31 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA |

50306-0438

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14736403 | | Syncb/walmart Dc |
| 14736381 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14736388 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14736390 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14736391 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14736379 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14741455 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14736398 | *+ | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2023              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Krista Marie Callander brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

_____

In Re: Krista Marie Callander

        Debtor(s)                            Chapter: 13

                                            Bankruptcy No: 22−13088−pmm

_____

### ***ORDER CONFIRMING PLAN UNDER CHAPTER 13***

AND NOW, this April 11, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                           Patricia M. Mayer
                                          Judge ,
                                          United States Bankruptcy Court