# EXHIBIT C

 

**MTG BK 15694 PG 02225 to 02229**
INSTRUMENT # : 2022106041
RECORDED DATE: 11/29/2022 11:48:37 AM



**RECORDER OF DEEDS**
**MONTGOMERY COUNTY**
*Jeanne Sorg*

One Montgomery Plaza
Swede and Airy Streets ~ Suite 303
P.O. Box 311 ~ Norristown, PA 19404
Office: (610) 278-3289 ~ Fax: (610) 278-3869

**MONTGOMERY COUNTY ROD**

### OFFICIAL RECORDING COVER PAGE
Page 1 of 5

| | | | |
|---|---|---|---|
| **Document Type:** | Mortgage Assignment | **Transaction #:** | |
| **Document Date:** | 11/23/2022 | **Document Page Count:** | |
| **Reference Info:** | | **Operator Id:** | |

**RETURN TO:** (Simplifile)
Rocket Mortgage LLC- Client Solutions
1050 Woodward Ave
Detroit, MI 48226-3573
(313) 782-7186

**PAID BY:**
ROCKET MORTGAGE LLC- CLIENT SOLUTIONS

**\* PROPERTY DATA:**

| | | |
|---|---|---|
| Parcel ID #: | | |
| Address: | 462 SPRINGDALE AVE | SPRINGDALE AVE |
| | HATBORO  PA 19040 | HATBORO  PA 19040 |
| Municipality: | Hatboro Borough (100%) | Hatboro Borough (100%) |
| School District: | Hatboro-Horsham | Hatboro-Horsham |

**\* ASSOCIATED DOCUMENT(S):**
MTG BK 15388 PG 01020

| FEES / TAXES: | | |
|---|---|---|
| Recording Fee:Mortgage Assignment | $80.75 | |
| Additional Parcels Fee | $15.00 | |
| **Total:** | **$95.75** | |

MTG BK 15694 PG 02225 to 02229
Recorded Date: 11/29/2022 11:48:37 AM

I hereby CERTIFY that this document is recorded in the Recorder of Deeds Office in Montgomery County, Pennsylvania.



**Jeanne Sorg**
**Recorder of Deeds**

Rev1 2016-01-29

## PLEASE DO NOT DETACH
THIS PAGE IS NOW PART OF THIS LEGAL DOCUMENT
NOTE: If document data differs from cover sheet, document data always supersedes.
\*COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION

Parcel Number: ███████████

Premises: 462 Springdale Ave Hatboro PA, 19040

**Recording Requested By/Return To:**

Final Docs Team

1050 Woodward Ave.

Detroit, MI 48226

**This Instrument Prepared By:**

McKenzie Palchak

Rocket Mortgage, LLC

1050 Woodward Ave.

Detroit, MI 48226

Tel. No.: (800) 226-6308 ext. 34780

| MONTGOMERY COUNTY COMMISSIONERS REGISTRY | | |
|---|---|---|
| ███████████ HATBORO BOROUGH | | |
| 462 SPRINGDALE AVE | | |
| CALLANDER KRISTA M | | $15.00 |
| B 039  L    U 082  1101 11/28/2022 | | JG |

| MONTGOMERY COUNTY COMMISSIONERS REGISTRY | | |
|---|---|---|
| ███████████ HATBORO BOROUGH | | |
| SPRINGDALE AVE | | |
| CALLANDER KRISTA M | | $15.00 |
| B 039  L    U 009  2102 11/28/2022 | | JG |

## Assignment of Mortgage

FOR VALUE RECEIVED, Mortgage Electronic Registration Systems, Inc. ("MERS") as mortgagee, as nominee for Rocket Mortgage, LLC, FKA Quicken Loans, LLC, whose address is 11819 Miami St., Suite 100, Omaha, NE 68164; P.O. Box 2026, Flint, MI 48501-2026 its successors and assigns, does hereby grant, assign, transfer and convey, unto Rocket Mortgage, LLC, FKA Quicken Loans, LLC, a corporation organized and existing under the laws of the state of Michigan (herein "Assignee"), whose address is 1050 Woodward Ave. Detroit, MI 48226 , its successors and assigns, all its right, title and interest in and to a certain Mortgage dated August 17, 2021, made and executed by

KRISTA M. CALLANDER, A SINGLE WOMAN

whose address is 462 Springdale Ave Hatboro PA, 19040
to and in favor of Mortgage Electronic Registration Systems, Inc ("MERS") as mortgagee, as nominee for Rocket Mortgage, LLC, FKA Quicken Loans, LLC, its successors and assigns

following described property situated in MONTGOMERY                upon the
of Pennsylvania               :                                    County, State

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A
PART HEREOF SUBJECT TO COVENANTS OF RECORD.

Tax Parcel #: ███████████

Mortgage Recorded On: 09/13/2021            Book/Liber#: 15388

Document Number: 2021109384                 Page#: 01020

MIN: ███████████            MERS Phone: ███████████

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 1 of 3

such Mortgage having been given to secure payment of
Two Hundred Forty Seven Thousand Five Hundred Dollars and 00/100
($ 247,500.00    ) (Include the Original Principal Amount) which Mortgage is of record in Book, Volume, or Liber No. 15388   , at page 01020   (or as No. 2021109384    ) of the    Records of MONTGOMERY County, State of Pennsylvania    and all rights accrued or to accrue under such Mortgage.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Mortgage on November 23, 2022  .

Witness Sade VanPelt

Witness McKenzie Palchak

Attest

**Mortgage Electronic Registration Systems, Inc.("MERS")** as mortgagee, as nominee for Rocket Mortgage, LLC, FKA Quicken Loans, LLC , its successors and assigns

By: _____ (Signature)

Name: Angela Nicholson
Title: Assistant Secretary of MERS

State of Michigan
County of Wayne

On 11/23/2022, before me Andrew Curd, a Notary Public of Michigan, personally appeared Angela Nicholson, Assistant Secretary of Mortgage Electronic Registration Systems, Inc. ("MERS") as mortgagee, as nominee for Rocket Mortgage, LLC, FKA Quicken Loans, LLC personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument, the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Name: Andrew Curd
Title: Notary Public

```
ANDREW CURD
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires October 19, 2026
Acting In the County of Wayne
```

MERS Assignment of Mortgage
VMP ®
Wolters Kluwer Financial Services © 2000, 2011

VMP95M (1104).00
Page 2 of 3

## Assignment of Mortgage

Between:

Mortgage Electronic Registration Systems, Inc. ("MERS")

And Rocket Mortgage, LLC, FKA Quicken Loans, LLC

Rocket Mortgage, LLC FKA Quicken Loans, LLC

Mail To: Final Docs Team
Rocket Mortgage, LLC
1050 Woodward Ave.
Detroit, MI
48226

### Certificate of Residence

I, Angela Nicholson    do hereby certify that ASSIGNEE'S precise residence is 1050 Woodward Ave. Detroit, MI 48226.

Witness my hand on November 23rd, 2022

_____
ASSIGNEE or Agent for ASSIGNEE

MERS Assignment of Mortgage
Wolters Kluwer Financial Services © 2000, 2011

VMP96M (1104).00
Page 3 of 3

# EXHIBIT A - LEGAL DESCRIPTION

Tax Id Number(s): ▮▮▮▮▮▮▮▮▮▮▮▮

Land situated in the Borough of Hatboro in the County of Montgomery in the State of PA

ALL THAT CERTAIN LOTS OR PIECES OF LAND SITUATE IN THE BOROUGH OF HATBORO, COUNTY OF MONTGOMERY, AND STATE OF PENNSYLVANIA, BEING LOTS NOS. 11, 12 AND 13 BLOCK E ON A CERTAIN PLAN OF LOTS MADE FOR EDWARD H. BUSSINGER AND J. RAYMOND BUSSINGER, BY EDWARD PICKERING, JR., SURVEYOR, 8/28/1925, WHICH PLAN IS RECORDED AT NORRISTOWN, PA IN DEED BOOK NO. 971 PAGE 600, AND LATER REVISED CHANGING THE NAME OF BONAIR AVENUE TO TERRACE ROAD, BOUNDED AND DESCRIBED ACCORDING THERETO, AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHEASTERLY SIDE OF SPRINGDALE AVENUE (50 FEET WIDE) AT A DISTANCE OF 354 FEET SOUTHWESTWARDLY FROM THE INTERSECTION OF THE SOUTHEASTERLY SIDE OF SPRINGDALE AVENUE AND THE SOUTHWESTERLY SIDE OF THE COUNTY LINE ROAD (41.5 FEET WIDE); THENCE ALONG THE SOUTHEASTERLY SIDE OF SPRINGDALE AVENUE SOUTH 45 DEGREES 04 MINUTES WEST 75 FEET TO A CORNER OF LOT NO. 10 BLOCK E; THENCE BY THE SAME SOUTH 44 DEGREES 56 MINUTES EAST 71.7 FEET TO A COMER; THENCE NORTH 45 DEGREES 18 MINUTES EAST 75.03 FEET TO A CORNER OF LOT NO. 14 BLOCK E; THENCE BY THE SAME NORTH 44 DEGREES 56 MINUTES WEST 71.36 FEET TO THE FIRST MENTIONED POINT AND PLACE OF BEGINNING.

NOTE: The Company is prohibited from insuring the area or quantity of the land. The Company does not represent that any acreage or footage calculations are correct. References to quantity are for identification purposes only.

Commonly known as: 462 Springdale Ave, Hatboro, PA 19040-2245

THE PROPERTY ADDRESS AND TAX PARCEL IDENTIFICATION NUMBER LISTED ARE PROVIDED SOLELY FOR INFORMATIONAL PURPOSES.