# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Krista Marie Callander<br>　　　　　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>　　　　　　　　　Movant<br>　　vs.<br><br>Krista Marie Callander<br>　　　　　　　　　Debtor(s)<br><br>Kenneth E. West<br>　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 22-13088 PMM<br><br><br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Michael P. Farrington, Esq., attorney for Movant, do hereby certify that I caused true and correct copies of the foregoing Motion of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC for Relief From Automatic Stay and NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE to be served on June 01, 2023, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Krista Marie Callander
462 Springdale Avenue
Hatboro, PA 19040

Attorney for Debtor(s)
Brad J Sadek, 1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
**VIA ECF**

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107
**VIA ECF**

Office of the US Trustee
United States Trustee
Office of the U.S. Trustee Robert N.C. Nix
Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107

Date: June 01, 2023

　　　　　　　　　　　　　　　　　　　/s/ Michael P. Farrington
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant