IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Krista Marie Callander <br> <u>Debtor(s)</u> <br><br> Rocket Mortgage, LLC f/k/a Quicken Loans, LLC <br> <u>Movant</u> <br> vs. <br><br> Krista Marie Callander <br> <u>Debtor(s)</u> <br><br> Kenneth E. West <br> <u>Trustee</u> | CHAPTER 13 <br><br><br> NO. 22-13088 PMM <br><br><br><br> 11 U.S.C. Section 362 |

**<u>ORDER</u>**

AND NOW, this <u>11th</u> day of <u>July</u>, 2023 at Philadelphia, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge