**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Krista Marie Callander | : | Chapter 13 |
| | : | Case No.: 22-13088-PMM |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.


Dated: August 14, 2023                                  /s/ Brad J. Sadek, Esquire
                                                                                             Brad J. Sadek, Esquire
                                                                                             Sadek Law Offices
                                                                                             1500 JFK Boulevard, Suite 220
                                                                                             Philadelphia, Pa 19102
                                                                                             215-545-0008