**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| Krista Marie Callander | : | Chapter 13 |
| | : | Case No.: 22-13088-PMM |
| Debtors | : | |

### O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Supplemental compensation is **ALLOWED** in favor of the Applicant in the amount of $1,500.00 and may be paid pursuant to the terms of the confirmed Plan.

Dated: 8/16/23

_____
HONORABLE PATRICIA M MAYER
UNITED STATES BANKRUPTCY JUDGE