## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:**                                              :          **Chapter 13**

**KRISTA MARIE CALLANDER,**         :

                                                        :          **Case No.  22-13088 (PMM)**

                                                        :

         **Debtor[s]**                                  :

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor[s'] Motion to Modify the confirmed

chapter 13 Plan (doc. # 37, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 37) is **approved**.

Date:  **August 22, 2023**

_____

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**