# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-13088-PMM

KRISTA MARIE CALLANDER

462 SPRINGDALE AVENUE

HATBORO, PA 19040

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KRISTA MARIE CALLANDER

462 SPRINGDALE AVENUE

HATBORO, PA 19040

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

                                           /S/ Kenneth E. West

Date: 10/24/2023                                          _____

                                                       Kenneth E. West, Esquire
                                                       Chapter 13 Standing Trustee