United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                   Case No. 22-13088-pmm

Krista Marie Callander                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                                     Page 1 of 4

Date Rcvd: Jan 23, 2024                  Form ID: pdf900                                 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Krista Marie Callander, 462 Springdale Avenue, Hatboro, PA 19040-2245 |
| 14737908 | + Rocket Mortgage, LLC, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14736606 | + Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14736374 | + Email/PDF: bncnotices@becket-lee.com | Jan 24 2024 00:31:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14736375 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2024 00:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14741323 | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 24 2024 00:23:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14736376 | + Email/Text: BarclaysBankDelaware@tsico.com | Jan 24 2024 00:23:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14736377 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2024 00:32:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14736380 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:32:05 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14742170 | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2024 00:23:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 14736382 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:52 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14736383 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenity Capital/famous, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 14736384 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14736386 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14736385 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: Jan 23, 2024 | Form ID: pdf900 | Total Noticed: 43

| | | | |
|---|---|---|---|
| 14736394 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:52 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14742074 | Email/Text: mrdiscen@discover.com | Jan 24 2024 00:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14736387 | + Email/Text: mrdiscen@discover.com | Jan 24 2024 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14736389 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 24 2024 00:23:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14736378 | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 00:31:58 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14741093 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 24 2024 00:23:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14736392 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 24 2024 00:23:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14742675 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 00:31:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14736393 | + Email/Text: Documentfiling@lciinc.com | Jan 24 2024 00:23:00 | Lendclub Bnk, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 14750150 | + Email/Text: Documentfiling@lciinc.com | Jan 24 2024 00:23:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 14736395 | + Email/Text: bankruptcy@marinerfinance.com | Jan 24 2024 00:23:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14736396 | + Email/PDF: pa_dc_claims@navient.com | Jan 24 2024 00:31:52 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14736397 | + Email/Text: electronicbkydocs@nelnet.net | Jan 24 2024 00:23:00 | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |
| 14751384 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2024 00:31:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14751733 | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2024 00:23:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14736399 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 24 2024 00:23:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14742631 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 24 2024 00:23:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14736400 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:58 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14736401 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:51 | Syncb/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14736402 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:58 | Syncb/Rooms To Go, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14736404 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:31:59 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14736407 | Email/Text: bankruptcy@td.com | Jan 24 2024 00:23:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 14736405 | + Email/Text: bncmail@w-legal.com | Jan 24 2024 00:23:00 | Target, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14736406 | + Email/Text: jaxbanko@td.com | Jan 24 2024 00:23:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: pdf900 | Total Noticed: 43 |

| 14736408 | Email/Text: bankruptcies@uplift.com | | |
|---|---|---|---|
| | | Jan 24 2024 00:23:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085 |
| 14736409 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | Jan 24 2024 00:31:59 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14736403 | | Syncb/walmart Dc |
| 14736381 | *+ | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14736388 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14736390 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14736391 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14736379 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14741455 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14736398 | *+ | Nelnet, Attn: Claims, P.O. Box: 82505, Lincoln, NE 68501-2505 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | |
| | on behalf of Debtor Krista Marie Callander brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mfarrington@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2

User: admin

Page 4 of 4

Date Rcvd: Jan 23, 2024

Form ID: pdf900

Total Noticed: 43

TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      Chapter 13
KRISTA MARIE CALLANDER


                Debtor          Bankruptcy No. 22-13088-PMM


# O R D E R


AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

IT IS FURTHER ORDERED if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.


**Date: January 23, 2024**

_____
  Honorable Patricia M. Mayer
  Bankruptcy Judge